attorney, on a *quantum meruit* basis at $200 inclusive of disbursements. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

## (March 5, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN HULSEN and JAMES WEBER, Defendants.— Motion for examination of the minutes of the Grand Jury or, in the alternative, to dismiss the indictment. Motion for examination of the minutes of the Grand Jury granted; a copy of such minutes to be delivered to the defendants upon payment of the stenographer's fee. Motion to dismiss indictment denied, without prejudice to renewal, if defendants be so advised, after inspection of the Grand Jury minutes. Present — Nolan, P. J., Wenzel, Murphy and Ughetta, JJ.; Beldock, J., not voting.

## (March 9, 1959)

■ ATCOS BATHS, INC., Respondent, v. EDWARD C. TEPERMAN et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ CANGOLD, INC., Respondent, v. DON RICKLES et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion to extend time to answer granted and time extended until 20 days after the entry of the order hereon. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ HERBERT FERBER, Appellant, v. MURRAY FARBER et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Estate of KATHERINE F. WILLIAMS, Deceased. MARGARET R. FERIOLA, as Executrix of KATHERINE RIEGEL, Deceased, et al., Appellants; ETHEL A. RAND et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ LESTER LEWIS, Respondent, v. JOHN SCUDIERI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.